SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

| ☒ FILED | ☐ LODGED |

**Sep 02 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: **22-04785MB**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| August 22, 2022 | August 29, 2022; at 10:00 A.M. (MST) | Emailed to Defense Council Carlos Velasquez |

INVENTORY MADE IN THE PRESENCE OF

Computer Forensic Special Agent Richard Koch

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

　　39.7 Gigabytes of electronic data **-** Iphone 11

# NOT EXECUTED

☐　　This Warrant was Not Executed.
　　　　*(check this box if the warrant was never executed and leave the sections above blank.)*

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date:　_9/2/2022_____

DANA ELICH

Digitally signed by DANA ELICH
Date: 2022.09.02 10:21:32
-07'00'

_____
Executing Officer's Signature

_Dana Elich/Task Force Officer/HSI Nogales_____
Printed Name and Title